# IN THE SUPREME COURT OF THE STATE OF NEVADA

NUVEDA, LLC, A NEVADA LIMITED LIABILITY COMPANY, AS TRUSTEE FOR CWNV, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

THE CIMA GROUP LLC, A COLORADO LIMITED LIABILITY COMPANY; AND DOTAN Y. MELECH, COURT APPOINTED RECEIVER REPRESENTING CWNEVADA, LLC,

Respondents.

No. 79110

FILED

FEB 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, The Eighth Judicial District Court
Hon. Michael A. Cherry, Senior Justice
Lansford W. Levitt, Settlement Judge
Law Office of Mitchell Stipp
Humphrey Law PLLC
Holley Driggs/Las Vegas
Eighth District Court Clerk

21-03784